# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF DARWIN LUCERO OSORIO, | : | Case No. 1:18-cv-172 |
| | : | |
| | : | Judge Timothy S. Black |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| JEFFREY ROSEN, United States Attorney General, *et al.* | : | |
| | : | |
| | : | |
| Defendants. | : | |

## ORDER (1) REMANDING THIS MATTER TO THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; AND (2) STAYING THIS CASE ON THE DOCKET OF THIS COURT

This civil case is before the Court on the parties' joint motion to remand to the United States Citizenship and Immigration Services ("USCIS"). (Doc. 33). Having considered the motion, the Court finds remand is appropriate. Accordingly, the parties' joint motion is GRANTED and this matter is REMANDED back to the USCIS for re-adjudication of Plaintiff's N-400 application.

This case is hereby STAYED as to all further dates, deadlines, and proceedings, pending the outcome the USCIS's re-adjudication. The parties shall notify this Court immediately upon a decision of the USCIS on remand.

**IT IS SO ORDERED.**

Date:  12/18/2020

*s/Timothy S. Black*
Timothy S. Black
United States District Judge